JPML FORM 1A                         DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 353 -- IN RE HELICOPTER CRASH NEAR MARSH ISLAND, LA. ON DECEMBER 8, 1977

| Date | No. Code | |
|---|---|---|
| 6/12/78 | 1 | MOTION, MEMORANDUM IN SUPPORT OF MOTION, CERTIFICATE OF SVC., EXHIBIT A w/listing of cases -- filed by defendant Petroleum Helicopters, Inc., (PHI).     (ea)     (or E.D. LA.) SUGGESTED TRANSFEREE DISTRICT: Western District of Louisiana SUGGESTED TRANSFEREE JUDGE:     (ea) |
| 6/12/78 | 2 | RESPONSE -- plaintiffs Karen Hardy Huval, et al., w/cert. of svc. (ea) |
| 6/20/78 | 3 | RESPONSE -- Plaintiff Teresa Hernandez Leathem, et al. -- w/cert. of service (cds) |
| 6/22/78 | 4 | RESPONSE -- Mission Viking, Inc. and American Home Assurance Co. -- w/cert. of service (cds) |
| 6/23/78 | | APPEARANCES -- Dermot S. McGlinchey, Esq. for Petroleum Helicopters, Inc. Donald L. King., Esq. for Aerospatiale Helicopter Corp. W. Paul Hawley, Esq. for Karen Huval, et al. Richard C. Broussard, Esq. for Teresa H. Leathem, et al. Patrick C. Morrow, Esq. for Madeline R. Dohmann, et al. Jerry Oubre, Esq. for Teresa B. Smith, et al. Jack C. Benjamin, Esq. for Lillie J. Anderson, et al. Carl Roth, Esq. for Wilma J. Anderson, et al.     (ea) |
| 6/26/78 | 5 | RESPONSE -- Madeline R. Dohmann, et al. w/cert. of service.   (ea) |
| 6/26/78 | 6 | RESPONSE -- Bonnie S. Thibodeaux, et al. w/cert. of svc.     (ea) |
| 6/26/78 | 7 | RESPONSE -- Theresa B. Smith, et al. w/cert. of svc.     (ea) |
| 7/5/78 | 8 | RESPONSE -- Arthurine Witherwax w/certificate of service   (pdh) |
| 7/5/78 | 9 | RESPONSE -- Michael A. Peschier w/cert. of svc. (pdh) |
| 7/20/78 | 10 | MOTION -- AMENDMENT -- Movant Petroleum Helicopters to add B-1 through B-5 w/cert. of service     (rew) |
| 7/25/78 | 11 | RESPONSE -- Wilma Jean Anderson w/cert. of svc. (ea) |
| 7/25/78 | 12 | ANSWER TO AMENDMENT TO MOTION -- Madeline Roy Dohmann w/cert. of svc.(ea) |
| 7/25/78 | 13 | ANSWER TO AMENDMENT TO MOTION -- Arthurine Witherwax w/cert. of svc. (ea) |
| 7/28/78 | 14 | ANSWER TO AMENDMENT TO MOTION -- Teresa Hernandez Leathem w/cert.serv.(cds |
| 7/28/78 | | APPEARANCE -- JANELLE O. GONZALES by John L. Olivier, Esq.     (rew) |
| 8/1/78 | | APPEARANCE -- Kearney Tate, Esq. for Bonnie S. Thibodeaux     (ea) |
| 8/1/78 | | ~~AMENDED CERTIFICATE OF SVC. for pleading no. 6~~     (ea) |
| 8/7/78 | | AMENDMENT TO CERT. OF SVC. FOR PLEADING NO. 4 -- Mission Viking Inc. & American Home Assurance Company.     (ea) |
| 8/7/78 | 15 | ANSWER TO AMENDMENT TO MOTION -- Mission Viking, Inc. and American Home Assurance Company w/cert. of svc. (ea) |
| 8/7/78 | 16 | ANSWER TO ORIGINAL MOTION -- Karen Hardy Huval, et al. w/cert. of svc.(ea) |
| 8/7/78 | 17 | ANSWER TO AMENDMENT TO MOTION -- Bonnie Thibodeaux w/cert. of svc. (ea) |
| 9/1/78 | | HEARING ORDER -- setting A-1 thru A-6, B-1 thru B-5 for hearing in ~~~~~~ on Sept. 29, 1978. ~~~~ in Chicago, Ill. (ea) |
| 9/15/78 | 18 | MOTION -- AMMENDMENT -- Movant Petroleum Helicopters to add B-6 through B-8 w/cert. of serv. (cds) |

JPML FORM 1A - Continuation                               DOCKET ENTRIES -- p. _____

DOCKET NO. 353   --   IN RE HELICOPTER CRASH NEAR MARSH ISLAND, LA. ON DECEMBER 8, 1977

| Date | No. Code | |
|---|---|---|
| 9/19/78 | | LETTER -- WAIVER OF ORAL ARGUMENT counsel for Michael Peschier and ARTHURINE WITHERWAX with position statement    (rew) |
| 9/19/78 | | LETTER -- WAIVER OF ORAL ARGUMENT -- counsel for BONNIE THIBODEAUX with position statement    (rew) |
| 9/21/78 | | WAIVER OF ORAL ARGUMENT -- Plaintiff Gonzales, for hearing held in Chicago, Ill. on Sept. 29, 1978. (ea). |
| 9/21/78 | | WAIVER OF ORAL ARGUMENT -- Mission Viking, Inc. for hearing held in Chicago, Ill. on Sept. 29, 1978. (ea) |
| 9/21/78 | | WAIVER OR ORAL ARGUMENT -- Plaintiff Dohmann for hearing held in Chicago, Ill, on Sept. 29, 1978. (ea) |
| 9/21/78 | | WAIVER OF ORAL ARGUMENT -- Plaintiff Smith, for hearing held in Chicago, Ill., on Sept. 29, 1978. (ea) |
| 9/22/78 | | WAIVER OF ORAL ARGUMENT -- Plaintiff Huval, et al. and Plaintiff Leathem, et al.   (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 353 -- IN RE HELICOPTER CRASH NEAR MARSH ISLAND, LOUISIANA, ON DECEMBER 8, 1977

| Date | Ref. | Pleading Description |
|---|---|---|
| 12/1/78 | | CONSENT OF TRANSFEREE COURT -- for assignment of litigation to the Honorable W. Eugene Davis for consolidated or coordinated pretrial proceedings in the W.D. La. (ea) |
| 12/1/78 | | OPINION AND ORDER -- transferring litigation (A-5 and A-6 consolidated with A-1 thru A-4 and B-1 thru B-5) to the Western District of Louisiana for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 and assigned to the Hon. W. Eugene Davis. (ea) |
| 79/11/01 | 19 | MOTION/AFFIDAVIT FOR REMAND OF A-6 Anderson, et al. v. Petroleum Helicopters, Inc., et al., W.D.La., C.A. No. 78-1602 -- Plaintiff Anderson -- w/cert. of serv. (cs) |
| 79/11/09 | 20 | MOTION FOR EXPEDITED HEARING -- pltf. Anderson, et al. (A-6) -- w/cert. of service (emh) |
| 79/11/15 | 21 | LETTER -- Plaintiff -- Requesting permission to withdraw Motion for an Expedited Hearing (cds) |
| 79/11/19 | 22 | REQUEST FOR EXTENSION OF TIME -- Pet. Helicopter GRANTED to and including Nov. 30, 1979. (ea) |
| 79/11/21 | 23 | MEMORANDUM IN OPPOSITION TO MOT. FOR REMAND, W/CERT. OF SVC AND EXHIBITS -- ~~XXXXXXXXXXXXXXXXXXXX~~ Petroleum Helicopters |
| 79/12/27 | | HEARING ORDER -- Setting Motion for Remand of A-6(Anderson) for January 31, 1980 hearing in Houston, Texas (cs) |
| 80/01/29 | | HEARING APPEARANCES -- Carl Roth for Wilma J. Anderson; Dermot S. McGlinchey for Petroleum Helicopters, Inc. (emh) |
| 80/02/26 | | ORDER DENYING REMAND AS MOOT -- A-6 Anderson, et al. v. Petroleum Helicopters, Inc.,W.D.La.,C.A.No. 78-1602 (E.D. Tex., M-78-2CA) -- Notified involved counsel, judges and clerks. (ea) |

DOCKET NO. __353__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HELICOPTER CRASH NEAR MARSH ISLAND, LA. ON DECEMBER 8, 1977

| Summary of Panel Actions | | |
|---|---|---|
| Date(s) of Hearing(s) Sept. 29, 1978 | | |
| Consolidation Ordered Dec. 1, 1978 | Consolidation Denied | |
| Opinion and/or Order Dec. 1, 1978 | | |
| Citation | | |

Transferee District __W.D. Louisiana__          Transferee Judge __Hon. W. Eugene Davis__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Karen H. Huval, et al. v. Petroleum Helicopters, Inc., et al. | W.D.LA. DAVIS | 78-0519 | | | 2/8/80 D | |
| A-2 | Teresa H. Leathem, et al v. Petroleum Helicopters, Inc., et al. | W.D.La. DAVIS | 78-0603 | | | 4/3/81 D | |
| A-3 | Madeline R. Dohmann, et al. v. Petroleum Helicopters, Inc., et al. | W.D.LA. DAVIS | 78-0501 | | | 12/1/1 D | |
| A-4 | Teresa B. Smith, et al. v. Petroleum Helicopters, Inc., et al. | W.D.LA. SCOTT | 78-0537 | | | 11/21/79 D | |
| A-5 | Lillie J. Anderson, et al. v. Petroleum Helicopters, Inc., et al. | E.D.LA. LANTIER | 78-1413-H | 12/1/78 | 78-1601 | 11/21/79 D | |
| A-6 | Wilma J. Anderson, et al. v. Petroleum Helicopters, Inc., et al. | E.D.TX. STEGER | M-78-2CA | 12/1/78 | 78-1602 | 6/15/81 D 1/22/80 | reassigned to 404 to La W |
| B-1 | Michael A. Peschier v. Petroleum Helicopters, Inc., et al. | W.D.La. DAVIS | CI78-0699 | | | 10/4/79 | |
| B-2 | Arthurine Witherwax, v. Petroleum Helicopters, Inc., et al. | W.D.La. DAVIS | CI78-0689 | | | 12/6/79 D | |
| B-3 | Nussey Huval, etc v. Petroleum Helicopters, Inc., et al. | W.D.La. DAVIS | CI 78-0520 | | | 11/21/79 D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-4 | Bonnie Stebbins Thibodeaux, etc., et al. v. Petroleum Helicopters, Inc., et al. | W.D.La. Davis | CI 78-0635 | | | 7/13/81 D | |
| B-5 | Janelle O. Gonzales v. Petroleum Helicopters, Inc., et al. | W.D.La. Davis | CI 78-0786 | | | 6/19/80 D | |

Not on Hearing for 9/29/78

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-6 | McKinley Bryant Leathem, Sr., et al. v. Petroleum Helicopters, Inc. | W.D.La. Davis | CI 78-0925 | | | 11/21/79 D | |
| B-7 | Glenda Jean Lancon Leathem, et al. v. Petroleum Helicopters, Inc., et al. | W.D.La. Davis | CI 78-0909 | | | 11/21/79 D | |
| B-8 | Martez Porter Hendrix, et al. v. Petroleum Helicopters, Inc., et al. | W.D.La. Davis | CI 78-0987 | | | 8/3/80 D | |
| XYZ-9 | Rosalie Capritto, etc. v. Petroleum Helicopters, Inc., et al. | W.D.La. | CI 78-1094 | | | 9/11/81 D | |
| XYZ-10 | Marie Broen Robinson, etc. v. Petroleum Helicopters, Inc., et al. | W.D.La. | CI 78-1534 | | | 11/8/79 | |
| XYZ-11 | Chester John Broussard, etc. v. Petroleum Helicopters, Inc., et al. | W.D.La. | CI 78-1543 | | | 4/13/81 D | |
| XYZ-12 | Mary Jane Leete v. Mission Viking Inc. et al. | W.D.La. | CI 78-1558 | | | 4/29/81 | |
| XYZ-13 | James R. Brooks, et al. v. Petroleum Helicopters, Inc., et al. | W.D.La. | CI 78-1579 | | | 6/30/80 D | from M.E. J. Mitchell order |
| XYZ-14 | Lois Ann Kelley, et al. v. Petroleum Helicopters, Inc., et al. | W.D.La. | CI 78-1600 | | | 11/13/79 | (same) |

DOCKET NO. 353 -- IN RE HELICOPTER CRASH NEAR MARSH ISLAND, LA. ON DECEMBER 8, 1977

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-15 | Robert L. McAfee, et al. v. Aerospatile Helicopter Corp., et al. | W.D.La. | CI79-0449 | | | 5/6/80 | |
| XYZ-16 | Pennzoil Oil & Gas, Inc. v. Petroleum Helicopters, Inc., et al. | W.D.La. | CI78-1569 | | | 12/12/80 | |
| XYZ-17 | [handwritten, illegible] | | | | | 6/15/81 | |
| XYZ-18 | American Home Assurance Co. v. Mission Drilling & Exploration Corp. et al. | W.D.La. | CI78-1559 | | | 6/15/81 | |

July 1979 — 2 TR; 20 XYZ = 22 Ptg.

July 1980 — 2 TR / 21 XYZ / 14 DIS / 9 Ptg

July 1981 — 2 TR / 22 XYZ / 20 Dis / 4 Ptg.

July 1982 — closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 353 -- In re Helicopter Crash Near Marsh Island, La. On Dec. 8, 1977

PETROLEUM HELICOPTERS, INC.
Dermot S. McGlinchey, Esq.
McGlinchey, Stafford, Mintz &
   Hoffman P.O. Box 2000
4330 One Shell Square
New Orleans, La. 70176

AEROSPATIALE HELICOPTER CORP.
Donald L. King, Esq.
Jones, Walker, Waechter, Poitevent,
   Carrere & Denegre
Two Twenty-Five Baronne Street
New Orleans, La. 70112

MISSION VIKING, INC.
Thomas J. Wyllie, Esq.
Adams & Reese
4500 One Shell Square
New Orleans, La. 70139

PENNZOIL
Donald R. Abaunza, Esq.
Liskow & Lewis
50th Floor, One Shell Square
New Orleans, La. 70139

MICHAEL PESCHIER (B-1)
ARTHURINE WITHERWAX (B-2)
Jack C. Fruge, Esq.
P.O. Box 3668
Lafayette, La. 70502

BONNIE S. THIBODEAUX, ET AL. (B-4)
Kearney Tate, Esquire
230 S. 3rd St.
Eunice, La. 70535

JANELLE O. GONZALES (B-5)
John L. Olivier, Esq.
Oliver & Brinkhaus
P.O. Drawer E.
Sunset, Louisiana 70584

RUSSELL & DORIS HUVAL (B-3)
KAREN HUVAL, ET AL. (A-1)
W. Paul Hawley, Esq.
P.O. Box 2756
515 West Convent
Lafayette, La. 70502

TERESA H. LEATHEM, ET AL. (A-2)
Richard C. Broussard, Esq.
Domengeaux & Wright
P.O. Box 3668
Lafayette, La. 70502

MADELINE R. DOHMANN, ET AL. (A-3)
Patrick C. Morrow, Esq.
136 West Bellevue Street
Opelousas, La. 70570

TERESA B. SMITH, ET AL. (A-4)
Jerry A. Oubre, Esq.
P.O. Box 789
420 Iberia Street
New Iberia, La. 70560

LILLIE J. ANDERSON, ET AL. (A-5)
Jack C. Benjamin, Esq.
Kierr, Gainsburgh, Benjamin,
   Fallon & Lewis
1718 First Nat'l Bank of
   Commerce Bldg.
New Orleans, La. 70112

WILMA J. ANDERSON, ET AL. (A-6)
Carl Roth, Esq.
P.O. Box 1249
Marshall, Texas 75670

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 353 -- IN RE HELICOPTER CRASH NEAR MARSH ISLAND, LA., ON 12/8/77

| | |
|---|---|
| MCKINLEY BRYANT LEATHEM, SR., ET AL. (B-6)<br>Richard C. Broussard, Esq.<br>Post Office Box 3668<br>Lafayette, Louisiana 70502<br><br>GLENDA JEAN LANCON LEATHEM, ET AL. (B-7)<br>John A. Rogers, Esq.<br>Post Office Box 137<br>Jeanerette, Louisiana 70544<br><br>MARTEZ PORTER HENDRIX, ET AL. (B-8)<br>Travis M. Holley, Esq.<br>Post Office Drawer 590<br>Bastrop, Louisiana 71220 | |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 353 -- IN RE HELICOPTER CRASH NEAR MARSH ISLAND, LA. ON DEC. 8, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| Mission Viking, Inc. | A-2, B-1, B-2, B-4, B-5, B-6, B-7, B-8 |
| Aerospatiale Helicopter Corp. | A-1, A-2, A-4, B-1, B-2, B-3, B-5, B-6, B-7 |
| Pennzoil | |
| Petroleum Helicopters, Inc. (PHI) | A-1, A-2, A-3, A-4, A-5, A-6, B-1, B-2, B-3, B-4, B-5, B-6, B-7, B-8 |
| Mission Drilling & Exploration Corp. | A-1, A-3, A-4, A-5, B-3 |
| American Home Assurance Company | A-3, B-1, B-2, B-4, B-5, B-8 |
| | |
| | |
| | |
| | |